No. 6497.—ROSARIO, ET AL., dmtes., *v.* SUÁREZ, ET ALS., dmdos.— C. D. Aguadilla. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Noviembre 28, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Celebrada la vista de la moción para desestimar; apareciendo de las alegaciones y de la prueba acompañada que en septiembre 8, 1933, la corte inferior negó a los apelantes la última prórroga que le pidieran para radicar la exposición del caso; no habiendo los apelantes presentado el récord en este Tribunal ni solicitado prórroga a dicho fin, y atendidas finalmente las explicaciones de los apelantes en carta abierta por su abogado quien no hizo objeciones a la desestimación, se declara con lugar la moción y en su consecuencia se desestima el recurso de apelación que se estableció en este caso contra sentencia de la Corte de Distrito de Aguadilla en mayo 20, 1933.